Order issued September 2 1 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01223-CV

## ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant

## V.

## SOUTHERN FOODS GROUP LLC D/B/A SCHEPPS DAIRY, Appellee

## ORDER

The Court has before it appellant's motion for extension of time to file notice of appeal. The Court **GRANTS** the motion and **ORDERS** that the notice of appeal tendered on September 6, 2012, be timely filed as of that date.


MOLLY FRANCIS
JUSTICE